# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-00060-01-CR-W-BCW |
| TA'ROD GLENEL PERKINS, | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 17, 2021, the Grand Jury returned a four-count Indictment charging Defendant Ta'Rod Glenel Perkins with possession of oxycodone with intent to distribute, possession of marijuana with intent to distribute, possession of a firearm in furtherance of a drug trafficking crime, and unlawful user of a controlled substance in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: William A. Alford, III
        Case Agent: Special Agent Wesley A. Lambright, FBI
    Defense: Travis Poindexter
        Investigator: Mark Wolfpink

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 15 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50 exhibits
    Defendant: approximately 15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out
(awaiting approval at this time)

**TRIAL TIME: 3 days total**
Government's case including jury selection: 2½ day(s)
Defendant: ½ day(s)

**STIPULATIONS**: Possible stipulations regarding interstate nexus, lab matters, and Defendant Perkins's status.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: None filed. **Due on or before December 28, 2021.**
Defendant: None filed. **Due on or before December 28, 2021**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before January 5, 2022.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before January 5, 2022.**

**TRIAL SETTING**: Criminal jury trial docket set for January 10, 2022.

**Please note:** The parties request the second week of the docket.

**IT IS SO ORDERED**

 */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE